1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SALVADOR HERRERA,                Case No. CV 15-5467 RGK (SS)

12                  Petitioner,

13        v.                                    **JUDGMENT**

14   CLARK DUCART, Warden,

15                  Respondent.

16

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions

19   and Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED: July 26, 2016

25                                   _Gary Klausner_

26                                   _____

27                                   R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE

28